| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN DETROIT DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Habib, Steven J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Habib, Paula A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-8193** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1566** |
| Street Address of Debtor (No. and Street, City, and State): **28675 Franklin, Apt. 404** **Southfield, MI**   ZIP CODE **48034** | Street Address of Joint Debtor (No. and Street, City, and State): **28675 Franklin, Apt. 404** **Southfield, MI**   ZIP CODE **48034** |
| County of Residence or of the Principal Place of Business: **Oakland** | County of Residence or of the Principal Place of Business: **Oakland** |
| Mailing Address of Debtor (if different from street address): **28675 Franklin, Apt. 404** **Southfield, MI**   ZIP CODE **48034** | Mailing Address of Joint Debtor (if different from street address): **28675 Franklin, Apt. 404** **Southfield, MI**   ZIP CODE **48034** |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition Is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Steven J. Habib** **Paula A. Habib** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). **X** _/s/ Patrick M. Anthony_                                    8/30/2011     **Patrick M. Anthony**                                      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Steven J. Habib**<br>**Paula A. Habib** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Steven J. Habib**
_____
 **Steven J. Habib**

**X**  **/s/ Paula A. Habib**
_____
 **Paula A. Habib**

_____
 Telephone Number (If not represented by attorney)

**8/30/2011**
_____
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
_____
 (Signature of Foreign Representative)

_____
 (Printed Name of Foreign Representative)

_____
 Date

### Signature of Attorney*

**X**  **/s/ Patrick M. Anthony**
_____
 **Patrick M. Anthony**          Bar No. **P61344**

**UAW-Ford Legal Services Plan**
**3200 Greenfield, Suite 210**
**Dearborn, MI  48120**

Phone No. **(313) 982-1045**      Fax No. **(313) 982-1057**

 **8/30/2011**
_____
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
_____
 Signature of Authorized Individual

_____
 Printed Name of Authorized Individual

_____
 Title of Authorized Individual

_____
 Date

Address
_____

**X**
_____
 Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

In re  **Steven J. Habib**                                    Case No.  _____
       **Paula A. Habib**                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | Total: **$0.00** | |

(Report also on Summary of Schedules)

In re  **Steven J. Habib**　　　　　　　　　　Case No. ＿＿＿＿＿＿＿＿＿＿
　　　**Paula A. Habib**　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash located with debtor | J | $50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking and savings account located at Chase | J | $5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit held by The Franklin | J | $300.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture and appliances located at debtors residence | J | $2,535.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Movies and music located at debtors residence | J | $150.00 |
| 6. Wearing apparel. | | Clothing located at debtors residence | J | $1,000.00 |
| 7. Furs and jewelry. | | Wedding rings, watches and jewelry located at debtors residence | J | $1,550.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Camera located at debtors residence | J | $100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance policy provided by General Motors | H | $0.00 |

In re  **Steven J. Habib**                     Case No. _____
       **Paula A. Habib**                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **Steven J. Habib**  Case No. _____
     **Paula A. Habib**  (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Dodge Intrepid SE | J | $2,612.50 |
| 26. Boats, motors, and accessories. | X | | | |

In re **Steven J. Habib**                Case No. _____
      **Paula A. Habib**                               (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                         ____3____ continuation sheets attached    **Total >**    **$8,302.50**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re **Steven J. Habib**                    Case No. _____

                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Cash located with debtor | 11 U.S.C. § 522(d)(5) | $25.00 | $50.00 |
| Checking and savings account located at Chase | 11 U.S.C. § 522(d)(5) | $2.50 | $5.00 |
| Security deposit held by The Franklin | 11 U.S.C. § 522(d)(5) | $150.00 | $300.00 |
| Furniture and appliances located at debtors residence | 11 U.S.C. § 522(d)(3) | $1,267.50 | $2,535.00 |
| Movies and music located at debtors residence | 11 U.S.C. § 522(d)(3) | $75.00 | $150.00 |
| Clothing located at debtors residence | 11 U.S.C. § 522(d)(3) | $500.00 | $1,000.00 |
| Wedding rings, watches and jewelry located at debtors residence | 11 U.S.C. § 522(d)(4) | $1,125.00 | $1,550.00 |
| Camera located at debtors residence | 11 U.S.C. § 522(d)(5) | $50.00 | $100.00 |
| 2004 Dodge Intrepid SE | 11 U.S.C. § 522(d)(2) | $1,306.25 | $2,612.50 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$4,501.25** | **$8,302.50** |

In re  **Paula A. Habib**                                    Case No. _____
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450.*

☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash located with debtor | 11 U.S.C. § 522(d)(5) | $25.00 | $50.00 |
| Checking and savings account located at Chase | 11 U.S.C. § 522(d)(5) | $2.50 | $5.00 |
| Security deposit held by The Franklin | 11 U.S.C. § 522(d)(5) | $150.00 | $300.00 |
| Furniture and appliances located at debtors residence | 11 U.S.C. § 522(d)(3) | $1,267.50 | $2,535.00 |
| Movies and music located at debtors residence | 11 U.S.C. § 522(d)(3) | $75.00 | $150.00 |
| Clothing located at debtors residence | 11 U.S.C. § 522(d)(3) | $500.00 | $1,000.00 |
| Wedding rings, watches and jewelry located at debtors residence | 11 U.S.C. § 522(d)(4) | $425.00 | $1,550.00 |
| Camera located at debtors residence | 11 U.S.C. § 522(d)(5) | $50.00 | $100.00 |
| 2004 Dodge Intrepid SE | 11 U.S.C. § 522(d)(2) | $1,306.25 | $2,612.50 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$3,801.25** | **$8,302.50** |

In re **Steven J. Habib**                         Case No. _____
        **Paula A. Habib**                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | $0.00 | $0.00 |
| | | | | Total (Use only on last page) > | | | $0.00 | $0.00 |

_____**No**_____ continuation sheets attached

                                              (Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven J. Habib**        Case No. _____
      **Paula A. Habib**                                           (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Steven J. Habib**                                    Case No. _____
       **Paula A. Habib**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx7932**<br>**21st Century Insurance**<br>**3 Beaver Valley Rd.**<br>**Wilmington, DE 19803** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Insurance Premium**<br>REMARKS: | | | | $145.60 |
| ACCT #:  **xx3586**<br>**Afni, Inc.**<br>**404 Brock Drive**<br>**P.O. Box 3427**<br>**Bloomington, IL  61702-3427** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $632.00 |
| ACCT #:  **672**<br>**Alliance One Receivables Management**<br>**4850 Street Rd., Suite 300**<br>**Trevose, PA 19053** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $548.00 |
| ACCT #:  **xxxx xxxx/xxxx xxxxx-0104**<br>**AMCOL Systems**<br>**P.O. Box 21625**<br>**Columbia, SC 29221** | | H | DATE INCURRED:  **4/12/2011**<br>CONSIDERATION:<br>**Collecting for - St. John Hospital**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **xxxx xxxx/xxxx xxxxx-0104**<br>**AMCOL Systems**<br>**P.O. Box 21625**<br>**Columbia, SC 29221** | | W | DATE INCURRED:  **4/12/2011**<br>CONSIDERATION:<br>**Collecting for - St. John Hospital**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **74**<br>**American Credit Assoc.**<br>**33060 Northwestern Hwy S**<br>**W. Bloomfield, MI 48322** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $159.00 |

                                                                    Subtotal >      **$1,484.60**

___**10**___continuation sheets attached

                                                                       Total >
                                  (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                         Statistical Summary of Certain Liabilities and Related Data.)

In re  **Steven J. Habib**
      **Paula A. Habib**

Case No. _____
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **3620**<br>**Asset Acceptance Corp.**<br>**P.O. Box 2036**<br>**Warren, MI  48090-2036** | | J | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Deficiency Balance**<br>REMARKS: | | | | **$9,565.00** |
| ACCT #: **xxxx xx84 27**<br>**Best Bank**<br>**31145 Harper Ave.**<br>**St. Claire Shores, MI 48082** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | **$1,270.76** |
| ACCT #: **x7490**<br>**Business Revenue System**<br>**2419 Spy Run Ave., Ste. A**<br>**Fort Wayne, IN 46805** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$152.00** |
| ACCT #: **x7491**<br>**Business Revenue System**<br>**2419 Spy Run Ave., Ste. A**<br>**Fort Wayne, IN 46805** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$152.00** |
| ACCT #: **xxxx 0525**<br>**Capital One**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | H | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$300.00** |
| ACCT #: **xx xx 4329**<br>**Capital One Bank**<br>**P.O. Box 30281**<br>**Salt Lake City, UT 84130-0281** | | W | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,234.94** |

Sheet no. _____**1**_____ of _____**10**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$12,674.70**

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Steven J. Habib**      Case No. _____
      **Paula A. Habib**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Check n Go** <br> **29702 Southfield Rd., Suite 121** <br> **Southfield, MI 48076** | | H | DATE INCURRED: **2010** <br> CONSIDERATION: <br> **Cash Advance** <br> REMARKS: | | | | **$700.00** |
| ACCT #: **xxxx xxxx 1594** <br> **Credit One Bank** <br> **P.O. Box 98875** <br> **Las Vegas, NV 89193** | | H | DATE INCURRED: **2005** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$961.00** |
| ACCT #: **xxxx xxx8 210** <br> **Credit Protection Association, L.P.** <br> **13355 Noel Rd.** <br> **Dallas, TX 75240** | | W | DATE INCURRED: **2010** <br> CONSIDERATION: <br> **Collecting for - Insight Communications** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xx8273** <br> **Credit Protection Association, L.P.** <br> **13355 Noel Rd., Ste 2100** <br> **Dallas, TX 75240** | | W | DATE INCURRED: **2010** <br> CONSIDERATION: <br> **Collection Agency** <br> REMARKS: | | | | **$349.00** |
| ACCT #: **xxxx xxxx xxxx 5436** <br> **Discover Card** <br> **P.O. Box 15192** <br> **Wilmington, DE 19850-5192** | | J | DATE INCURRED: **2010** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$582.15** |
| ACCT #: <br> **Dr. James Golden** <br> **42450 W. 12 Mile Rd., Ste. 105** <br> **Novi, MI 48377** | | J | DATE INCURRED: **4/2010** <br> CONSIDERATION: <br> **Medical Services** <br> REMARKS: | | | | **$700.00** |

Sheet no. ____**2**____ of ____**10**____ continuation sheets attached to          Subtotal >     **$3,292.15**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                     Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Steven J. Habib**             Case No. _____
      **Paula A. Habib**                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Dr. James Labes**<br>**28555 Orchard Lake Rd.**<br>**Farmington Hills, MI 483334** | | W | DATE INCURRED: **8/2003**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $150.00 |
| ACCT #:<br>**Dr. Lawrence L. MacDonald, MD**<br>**44000 W. 12 Mile Rd., Ste. 113**<br>**Novi, MI 48377** | | J | DATE INCURRED: **4/2010**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $400.00 |
| ACCT #:<br>**Dr. Rachel Davis DDS**<br>**501 S. Preston St., #334**<br>**Louisville, KY 40202** | | J | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Dental Services**<br>REMARKS: | | | | $400.00 |
| ACCT #: **x1384**<br>**DTE Energy Bankruptcy Dept.**<br>**PO Box 441765**<br>**Detroit MI 48244-1765** | | W | DATE INCURRED: **1998**<br>CONSIDERATION:<br>**Utility Services**<br>REMARKS: | | | | $212.00 |
| ACCT #: **xxxx9589**<br>**EBay, Inc. Headquarters**<br>**Whitman Campus**<br>**2065 Hamilton Ave.**<br>**San Jose, CA 95125** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $131.87 |
| ACCT #: **4608**<br>**Enhanced Recovery Corporation**<br>**8014 Bayberry Rd.**<br>**Jacksonville, FL 32256** | | H | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $98.00 |

Sheet no. ____**3**____ of ____**10**____ continuation sheets attached to                 Subtotal > | **$1,391.87**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                     Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Steven J. Habib**
**Paula A. Habib**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx8617<br>**EOS CCA**<br>**700 Longwater Dr.**<br>**Norwell, MA 02061** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collecting for - eBay Inc.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx xxxx xxxx 8124<br>**GE Money Bank**<br>**P.O. Box 981127**<br>**El Paso, TX  79998-1127** | | J | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collecting for - JC Penney**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xx9159<br>**Genisys Credit Union**<br>**44400 Woodward Ave.**<br>**Pontiac, MI 48341** | | W | DATE INCURRED:  **2002**<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | **$495.00** |
| ACCT #:  xxxxxxxxx0774<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$224.00** |
| ACCT #:  xxxxxxxx0766<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$224.00** |
| ACCT #:  xxxxxxxx0691<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | W | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$25.00** |

Sheet no. ___**4**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$968.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven J. Habib**  
      **Paula A. Habib**

Case No. _____  
                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx xxxx x0757**<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $84.00 |
| ACCT #: **xxxx xxxx 0753**<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $107.00 |
| ACCT #: **xxxx xxxx 0743**<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $208.00 |
| ACCT #: **xxxx xxxx 0696**<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $410.00 |
| ACCT #: **xxxx xxxx 0696**<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $110.00 |
| ACCT #: **xxxx xxxx 0612**<br>**GLA Collection Co. Inc.**<br>**2630 Gleeson Ln.**<br>**Louisville, KY 40299** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $79.00 |

Sheet no. ____**5**____ of ____**10**____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$998.00**

Total >      
**(Use only on last page of the completed Schedule F.)**  
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Steven J. Habib**
    **Paula A. Habib**

Case No. _____
              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx xxxx 1034**<br>**HSBC**<br>**PO Box 5253**<br>**Carol Stream, IL 60197-9901** | | H | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $400.00 |
| ACCT #: **xxx4977**<br>**IC Systems, Inc.**<br>**PO Box 64378**<br>**St. Paul, MN 55164** | | W | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $230.00 |
| ACCT #: **xx-xxxxxx-xxxxxxx6-000**<br>**Insight Communications**<br>**4701 Commerce Crossings**<br>**Louisville, KY 40229-2167** | | W | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Telephone Services**<br>REMARKS: | | | | $349.07 |
| ACCT #: **xxxx xxxx xxxx 8124**<br>**JC Penney**<br>**P.O. Box 981131**<br>**El Paso, TX 79998** | | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,355.35 |
| ACCT #: **109**<br>**JJ Marshall & Associates**<br>**6060 Collection Drive**<br>**Shelby Twp., MI 48316-4946** | | W | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $847.00 |
| ACCT #: **122**<br>**JJ Marshall & Associates**<br>**6060 Collection Drive**<br>**Shelby Twp., MI 48316-4946** | | H | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $559.00 |

Sheet no. ____**6**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$4,740.42**

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Steven J. Habib**  Case No. _____
 **Paula A. Habib**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **422**<br>**LJ Ross Associates**<br>**P.O. Box 1838**<br>**Ann Arbor, MI 48106-1838** | | H | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $152.00 |
| ACCT #:  **22**<br>**Medical Business Bureau**<br>**1460 Renaissance Dr.**<br>**Park Ridge, IL 60068** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $160.00 |
| ACCT #:  **22**<br>**Medical Business Bureau**<br>**1460 Renaissance Dr.**<br>**Park Ridge, IL 60068** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $156.00 |
| ACCT #:  **x1656**<br>**Medical Data Systems I**<br>**1374 S. Babcock St.**<br>**Melbourne, FL 32901** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $133.00 |
| ACCT #:  **x1540**<br>**Medical Data Systems I**<br>**1374 S. Babcock St.**<br>**Melbourne, FL 32901** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $55.00 |
| ACCT #:  **1167**<br>**Medical Data Systems I**<br>**1374 S. Babcock St.**<br>**Melbourne, FL 32901** | | W | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $74.00 |

Sheet no. ____**7**____ of ____**10**____ continuation sheets attached to  Subtotal >  $730.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven J. Habib**  
     **Paula A. Habib**

Case No. _____  
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mister Money**<br>**4918 Preston**<br>**Louisville, KY 40213** | | H | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Cash Advance**<br>REMARKS: | | | | **$400.00** |
| ACCT #: **5167**<br>**NCO Financial**<br>**PO Box 13570**<br>**Philadelphia, PA 19101** | | W | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$212.00** |
| ACCT #:<br>**Neil Talon MD**<br>**30400 Telegraph #324**<br>**Bingham Farms, MI 48025** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$158.78** |
| ACCT #: **xxxx1308**<br>**Nuvell**<br>**5700 Crooks Rd., Ste. 301**<br>**Troy, MI 48098** | | J | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Deficiency Balance**<br>REMARKS: | | | | **$10,321.00** |
| ACCT #: **xxxx xxxx xxxx 9385**<br>**Orchard Bank Bankcard Svcs**<br>**PO Box 80084**<br>**Salinas, CA 93912-0084** | | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$723.29** |
| ACCT #: **xx2325**<br>**Parkview Psychiatric Services**<br>**510 Spring St.**<br>**Jeffersonville, IN 47130-3554** | | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$450.00** |

Sheet no. ____**8**____ of ____**10**____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$12,265.07**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the  
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Steven J. Habib**  Case No. _____
      **Paula A. Habib**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Payday One**<br>**PO Box 101808**<br>**Fort North, TX 76185** | | W | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Cash Advance**<br>REMARKS: | | | | **$1,000.00** |
| ACCT #:<br>**PNC Bank**<br>**500 W. Jefferson St.**<br>**Louisville, KY 40202** | | J | DATE INCURRED: **5/2009**<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | **$1,000.00** |
| ACCT #: **xxxx xxxx 1443**<br>**Portfolio Recovery & Affiliates**<br>**120 Corporate Blvd., Ste. 1**<br>**Norfolk, VA 23502** | | W | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$717.00** |
| ACCT #: **xxxx xxxx xxxx 8124**<br>**Portfolio Recovery Associates**<br>**Riverside Commerce Center**<br>**120 Corporate Blvd. Ste. 1**<br>**Norfolk, VA 23502-4962** | | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for - GE Money Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx xxxx xxxx 9385**<br>**Portfolio Recovery Associates**<br>**Riverside Commerce Center**<br>**120 Corporate Blvd. Ste. 1**<br>**Norfolk, VA 23502-4962** | | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for - HSBC Orchard Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx xxxx xxxx 5436**<br>**Portfolio Recovery Associates**<br>**Riverside Commerce Center**<br>**120 Corporate Blvd. Ste. 1**<br>**Norfolk, VA 23502-4962** | | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for - Discover**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __**9**__ of __**10**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$2,717.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Steven J. Habib**　　　　　　　　　Case No. _____
　　　**Paula A. Habib**　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx5 238**<br>**Professional Placement Services LLC**<br>**PO Box 612**<br>**Milwaukee, WI 53201-0612** | | H | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collecting for - Best Bank/Guaranty Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx xxxx/xxxx xxxx x-0104**<br>**St. John Hospital and Medical Ctr.**<br>**P.O. Box 36669**<br>**Detroit, MI  48236-0669** | | H | DATE INCURRED:  **4/12/2011**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$140.28** |
| ACCT #:  **xxxx xxxx/xxxx xxxxx-0104**<br>**St. John Hospital and Medical Ctr.**<br>**P.O. Box 36669**<br>**Detroit, MI  48236-0669** | | W | DATE INCURRED:  **4/12/2011**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$180.07** |
| ACCT #:  **658**<br>**US Recovery Services**<br>**2057 Vermont Dr.**<br>**Fort Collins, CO 80525** | | H | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **$345.00** |
| ACCT #:  **xx xx 4329**<br>**Weltman, Weinberg & Reis Co., L.P.A.**<br>**2155 Butterfield Dr., Suite 200-S**<br>**Troy, MI 48084** | | W | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collecting for - Captial One Bank**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |

Sheet no. ___**10**___ of ___**10**___ continuation sheets attached to | | | | | | Subtotal > | **$665.35** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**　　**$41,927.16**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Steven J. Habib**　　　　　　　　　　　Case No. _____
　　　**Paula A. Habib**　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **The Franklin**<br>28675 Franklin Rd.<br>Southfield, MI 48034 | Apartment rental<br>Contract to be ASSUMED |

In re **Steven J. Habib**                          Case No. _____
        **Paula A. Habib**                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re  **Steven J. Habib**          Case No. _____
     **Paula A. Habib**                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Retired | Unemployed |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$0.00** | **$0.00** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $233.04 | $0.00 |
|     b. Social Security Tax | $0.00 | $0.00 |
|     c. Medicare | $0.00 | $0.00 |
|     d. Insurance | $0.00 | $0.00 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify)   Dental | $103.21 | $0.00 |
|     h. Other (Specify)   Medical | $30.00 | $0.00 |
|     i. Other (Specify)   Vision | $7.31 | $0.00 |
|     j. Other (Specify) | $0.00 | $0.00 |
|     k. Other (Specify) | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$373.56** | **$0.00** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **($373.56)** | **$0.00** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | | |
| | $0.00 | $0.00 |
| 12. Pension or retirement income | $1,443.20 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a. disability by employer | $759.91 | $0.00 |
|     b. | $0.00 | $0.00 |
|     c. | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$2,203.11** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,829.55** | **$0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$1,829.55** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

IN RE: **Steven J. Habib**
**Paula A. Habib**

Case No. _____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $610.00 |
|    a. Are real estate taxes included? ☐ Yes ☑ No | |
|    b. Is property insurance included? ☐ Yes ☑ No | |
| 2. Utilities: a. Electricity and heating fuel | $89.00 |
|         b. Water and sewer | |
|         c. Telephone | |
|         d. Other: Cable | $49.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $400.00 |
| 5. Clothing | $10.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $181.00 |
| 8. Transportation (not including car payments) | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $80.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | |
|         c. Health | |
|         d. Auto | $200.00 |
|         e. Other: Renters insurance | $20.25 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other: | |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Cell Phone | $114.00 |
| 17.b. Other: Hair Care | $40.00 |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$2,118.25** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $1,829.55 |
| b. Average monthly expenses from Line 18 above | $2,118.25 |
| c. Monthly net income (a. minus b.) | ($288.70) |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re **Steven J. Habib**                                      Case No.
**Paula A. Habib**

                                                              Chapter      **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $8,302.50 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $41,927.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,829.55 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,118.25 |
| | TOTAL | 24 | $8,302.50 | $41,927.16 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re **Steven J. Habib**                                    Case No.
**Paula A. Habib**

Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$1,829.55** |
| Average Expenses (from Schedule J, Line 18) | **$2,118.25** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$2,203.11** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$41,927.16** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$41,927.16** |

In re **Steven J. Habib**    Case No. _____
    **Paula A. Habib**    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **8/30/2011** _____    Signature _**/s/ Steven J. Habib**_____
                                                    **Steven J. Habib**

Date **8/30/2011** _____    Signature _**/s/ Paula A. Habib**_____
                                                    **Paula A. Habib**
                                            [If joint case, both spouses must sign.]

---

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## DETROIT DIVISION

In re:  **Steven J. Habib**                                    Case No. _____
       **Paula A. Habib**                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,371.00 | 2010 Income from Humana |
| $29,765.00 | 2009 Income from Humana |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,079.28 | 2011 YTD Income from General Motors Disability |
| $11,545.60 | 2011 YTD Income from General Motors Pension |
| $10,000.00 | 2010 Income from General Motors Disability |
| $29,765.00 | 2009 Income from General Motors Disability |
| $17,671.00 | 2009 Income from General Motors Pension |
| $8,000.00 | 2009 Income from Caesars Riverboat Casino, LLC |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| The Franklin<br>28675 Franklin Rd.<br>Southfield, MI 48034 | Monthly | $1,830.00 | $610.00/month |

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re:  **Steven J. Habib**                    Case No. _____
        **Paula A. Habib**                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑  c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Capital One Bank (USA), NA vs. Paula A. Habib Case No. GC 10 4329 | Collections | 46th District Court 26000 Evergreen Southfield, MI 48076 | Judgment |

None
☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## DETROIT DIVISION

In re:  **Steven J. Habib**
      **Paula A. Habib**

Case No. _____
               (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| First Choice Credit Counseling & Financial Education a/k/a DBSM, Inc. | 8/27/2011 | $100.00 |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re:  **Steven J. Habib**                                    Case No.  _____
        **Paula A. Habib**                                                    (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 3*

---

#### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

#### 18. Nature, location and name of business

None
☑  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re:  **Steven J. Habib**                                             Case No. _____
         **Paula A. Habib**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In re: **Steven J. Habib**                                    Case No. _____
       **Paula A. Habib**                                                      (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 5*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **8/30/2011** _____        Signature _____ **/s/ Steven J. Habib**
                                                of Debtor        *Steven J. Habib*

Date **8/30/2011** _____        Signature _____ **/s/ Paula A. Habib**
                                                of Joint Debtor   *Paula A. Habib*
                                                (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

IN RE:  **Steven J. Habib**                                    CASE NO
        **Paula A. Habib**

                                                              CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>None | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐  Surrendered          ☐  Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐  Redeem the property<br>☐  Reaffirm the debt<br>☐  Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):<br><br><br>Property is (check one):<br>☐  Claimed as exempt          ☐  Not claimed as exempt | |

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>The Franklin<br>28675 Franklin Rd.<br>Southfield, MI 48034 | **Describe Leased Property:**<br>Apartment rental | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

*I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.*

Date  **8/30/2011**                              Signature  **/s/ Steven J. Habib**
                                                                    **Steven J. Habib**


Date  **8/30/2011**                              Signature  **/s/ Paula A. Habib**
                                                                    **Paula A. Habib**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN / DETROIT DIVISION

In re: **Steven J. Habib**
      **Paula A. Habib**

Case No. _____

Chapter  **7**_____

_____ /

Hon. _____

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    ☑ **FLAT FEE**
    A.  For legal services rendered in contemplation of and in connection with this case, exclusive
        of the filing fee paid                     **$0.00**
    B.  Prior to filing this statement, received        **$0.00**
    C.  The unpaid balance due and payable is       **$0.00**

    ☐ **RETAINER**
    A.  Amount of retainer received           _____
    B.  The undersigned shall bill against the retainer at an hourly rate of _____. [Or attach firm hourly rate schedule.]
        Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. _____**$299.00**_____ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
    A.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    B.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    C.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    D.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    E.  Reaffirmations;
    F.  Redemptions;
    ~~G.  Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:


6. The source of payments to the undersigned was from:
    ☐ A.  Debtor(s)' earnings, wages, compensation for services performed
    ☑ B.  Other (describe, including the identity of payor)
        **UAW-Ford Legal Services Plan**


7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:


Dated:  **8/30/2011**_____

**/s/ Patrick M. Anthony**_____

**Patrick M. Anthony**            Bar No.  **P61344**
**UAW-Ford Legal Services Plan**

Agreed:  **/s/ Steven J. Habib**_____
         **Steven J. Habib**

**3200 Greenfield, Suite 210**
**Dearborn, MI 48120**
**Phone: (313) 982-1045 / Fax: (313) 982-1057**

        **/s/ Paula A. Habib**_____
        **Paula A. Habib**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION**

IN RE:  **Steven J. Habib**                                     CASE NO
        **Paula A. Habib**
                                                          CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  8/30/2011 _____        Signature  __/s/ Steven J. Habib_____
                                                                  **Steven J. Habib**


Date  8/30/2011 _____        Signature  __/s/ Paula A. Habib_____
                                                                  **Paula A. Habib**

21st Century Insurance
3 Beaver Valley Rd.
Wilmington, DE 19803


Afni, Inc.
404 Brock Drive
P.O. Box 3427
Bloomington, IL  61702-3427


Alliance One Receivables Management
4850 Street Rd., Suite 300
Trevose, PA 19053


AMCOL Systems
P.O. Box 21625
Columbia, SC 29221


American Credit Assoc.
33060 Northwestern Hwy S
W. Bloomfield, MI 48322


Asset Acceptance Corp.
P.O. Box 2036
Warren, MI  48090-2036


Best Bank
31145 Harper Ave.
St. Claire Shores, MI 48082


Business Revenue System
2419 Spy Run Ave., Ste. A
Fort Wayne, IN 46805


Capital One
PO Box 85520
Richmond, VA 23285

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281


Check n Go
29702 Southfield Rd., Suite 121
Southfield, MI 48076


Credit One Bank
P.O. Box 98875
Las Vegas, NV  89193


Credit Protection Association, L.P.
13355 Noel Rd.
Dallas, TX  75240


Credit Protection Association, L.P.
13355 Noel Rd., Ste 2100
Dallas, TX  75240


Discover Card
P.O. Box 15192
Wilmington, DE  19850-5192


Dr. James Golden
42450 W. 12 Mile Rd., Ste. 105
Novi, MI 48377


Dr. James Labes
28555 Orchard Lake Rd.
Farmington Hills, MI 483334


Dr. Lawrence L. MacDonald, MD
44000 W. 12 Mile Rd., Ste. 113
Novi, MI 48377

Dr. Rachel Davis DDS
501 S. Preston St., #334
Louisville, KY 40202


DTE Energy Bankruptcy Dept.
PO Box 441765
Detroit MI  48244-1765


EBay, Inc. Headquarters
Whitman Campus
2065 Hamilton Ave.
San Jose, CA 95125


Enhanced Recovery Corporation
8014 Bayberry Rd.
Jacksonville, FL 32256


EOS CCA
700 Longwater Dr.
Norwell, MA 02061


GE Money Bank
P.O. Box 981127
El Paso, TX  79998-1127


Genisys Credit Union
44400 Woodward Ave.
Pontiac, MI 48341


GLA Collection Co. Inc.
2630 Gleeson Ln.
Louisville, KY 40299


HSBC
PO Box 5253
Carol Stream, IL 60197-9901

IC Systems, Inc.
PO Box 64378
St. Paul, MN  55164


Insight Communications
4701 Commerce Crossings
Louisville, KY 40229-2167


JC Penney
P.O. Box 981131
El Paso, TX  79998


JJ Marshall & Associates
6060 Collection Drive
Shelby Twp., MI  48316-4946


LJ Ross Associates
P.O. Box 1838
Ann Arbor, MI 48106-1838


Medical Business Bureau
1460 Renaissance Dr.
Park Ridge, IL 60068


Medical Data Systems I
1374 S. Babcock St.
Melbourne, FL 32901


Mister Money
4918 Preston
Louisville, KY 40213


NCO Financial
PO Box 13570
Philadelphia, PA 19101

Neil Talon MD
30400 Telegraph #324
Bingham Farms, MI 48025


Nuvell
5700 Crooks Rd., Ste. 301
Troy, MI 48098


Orchard Bank Bankcard Svcs
PO Box 80084
Salinas, CA  93912-0084


Parkview Psychiatric Services
510 Spring St.
Jeffersonville, IN 47130-3554


Payday One
PO Box 101808
Fort North, TX 76185


PNC Bank
500 W. Jefferson St.
Louisville, KY 40202


Portfolio Recovery & Affiliates
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery Associates
Riverside Commerce Center
120 Corporate Blvd. Ste. 1
Norfolk, VA 23502-4962


Professional Placement Services LLC
PO Box 612
Milwaukee, WI 53201-0612

St. John Hospital and Medical Ctr.
P.O. Box 36669
Detroit, MI  48236-0669


The Franklin
28675 Franklin Rd.
Southfield, MI 48034


US Recovery Services
2057 Vermont Dr.
Fort Collins, CO 80525


Weltman, Weinberg & Reis Co., L.P.A.
2155 Butterfield Dr., Suite 200-S
Troy, MI 48084