Form reassign

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **11−63294−wsd**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Steven J. Habib
  28675 Franklin, Apt 404
  Southfield, MI 48034

  Paula A. Habib
  28675 Franklin, Apt 404
  Southfield, MI 48034

Social Security No.:
  xxx−xx−8193

  xxx−xx−1566

Employer's Tax I.D. No.:

**ORDER OF REASSIGNMENT**

It appearing from the Court's records for the above entitled case that this case has been assigned to Judge Thomas J. Tucker and it further appearing that the debtor has a companion case as defined in L.B.R. 1073−1(b) filed with this Court on July 14, 1994 assigned to Judge **Walter Shapero** , and it being the practice of this Court, pursuant to L.B.R. 1073−1 (a)(1)(E.D.M.), to reassign all subsequently filed cases to the Judge to whom the first case is assigned, **NOW THEREFORE**

**IT IS ORDERED** that the above entitled case be removed from the docket of Judge Thomas J. Tucker and transferred to the docket of Judge Walter Shapero.Detroit .

BY THE COURT

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

BY THE COURT

/s/ Walter Shapero
Walter Shapero
United States Bankruptcy Judge

Dated: 9/1/11