# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/31/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Steven J. Habib<br>28675 Franklin, Apt 404<br>Southfield, MI 48034 | Paula A. Habib<br>28675 Franklin, Apt 404<br>Southfield, MI 48034 |
| Case Number:<br>**11−63294−tjt** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8193<br>xxx−xx−1566 |
| Attorney for Debtor(s) (name and address):<br>Patrick Anthony<br>UAW Chrysler LLC Legal Services Plan<br>7430 Second Ave., #1000<br>Detroit, MI 48202<br>Telephone number:  (313) 872−4600 | Bankruptcy Trustee (name and address):<br>K. Jin Lim<br>176 S. Harvey<br>Suite 1<br>Plymouth, MI 48170<br>Telephone number:  (734) 416−9420 |

## Meeting of Creditors

Date:  **October 6, 2011**                    Time:  **12:00 PM**
Location:  **211 West Fort St., Room 315, Detroit, MI 48226**

## Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/5/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br>Telephone number:  313−234−0065 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
| Hours Open:   Monday − Friday 08:30 AM − 4:00 PM | Date:   9/1/11 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under §§ 727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

In re:                                                    Case No. 11-63294-tjt
Steven J. Habib                                           Chapter 7
Paula A. Habib
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: kmidd        Page 1 of 2              Date Rcvd: Sep 01, 2011
                           Form ID: b9a        Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2011.
```
db/jdb     +Steven J. Habib,   Paula A. Habib,   28675 Franklin, Apt 404,   Southfield, MI 48034-1604
aty        +Patrick Anthony,   UAW Chrysler LLC Legal Services Plan,   7430 Second Ave., #1000,
            Detroit, MI 48202-2799
20401677   +21st Century Insurance,   3 Beaver Valley Rd.,   Wilmington, DE 19803-1115
20401680   +AMCOL Systems,   P.O. Box 21625,   Columbia, SC 29221-1625
20401681   +American Credit Assoc.,   33060 Northwestern Hwy S,   W. Bloomfield, MI 48322-3695
20401683   +Best Bank,   31145 Harper Ave.,   St. Claire Shores, MI 48082-1951
20401684   +Business Revenue System,   2419 Spy Run Ave., Ste. A,   Fort Wayne, IN 46805-3250
20401687   +Check n Go,   29702 Southfield Rd., Suite 121,   Southfield, MI 48076-2096
20401692   +Dr. James Golden,   42450 W. 12 Mile Rd., Ste. 105,   Novi, MI 48377-3011
20401693   +Dr. James Labes,   28555 Orchard Lake Rd.,   Farmington Hills, MI 48334-2973
20401694   +Dr. Lawrence L. MacDonald, MD,   44000 W. 12 Mile Rd., Ste. 113,   Novi, MI 48377-2647
20401695   +Dr. Rachel Davis DDS,   501 S. Preston St., #334,   Louisville, KY 40202-1701
20401697   +EBay, Inc. Headquarters,   Whitman Campus,   2065 Hamilton Ave.,   San Jose, CA 95125-5904
20401699   +EOS CCA,   700 Longwater Dr.,   Norwell, MA 02061-1624
20401698   +Enhanced Recovery Corporation,   8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
20401704   +IC Systems, Inc.,   PO Box 64378,   St. Paul, MN 55164-0378
20401705    Insight Communications,   4701 Commerce Crossings,   Louisville, KY 40229-2167
20401707    JJ Marshall & Associates,   6060 Collection Drive,   Shelby Twp., MI 48316-4946
20401712   ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
           (address filed with court: NCO Financial,   PO Box 13570,   Philadelphia, PA 19101)
20401709   +Medical Business Bureau,   1460 Renaissance Dr.,   Park Ridge, IL 60068-1349
20401710   +Medical Data Systems I,   1374 S. Babcock St.,   Melbourne, FL 32901-3009
20401711   +Mister Money,   4918 Preston,   Louisville, KY 40213-2218
20401713   +Neil Talon MD,   30400 Telegraph #324,   Bingham Farms, MI 48025-4540
20401718   +PNC Bank,   500 W. Jefferson St.,   Louisville, KY 40202-2863
20401716    Parkview Psychiatric Services,   510 Spring St.,,   Jeffersonville, IN 47130-3554
20401717   +Payday One,   PO Box 101808,   Fort North, TX 76185-1808
20401721    Professional Placement Services LLC,   PO Box 612,   Milwaukee, WI 53201-0612
20401722    St. John Hospital and Medical Ctr.,   P.O. Box 36669,   Detroit, MI 48236-0669
20401723   +The Franklin,   28675 Franklin Rd.,   Southfield, MI 48034-1671
20401724   +US Recovery Services,   2057 Vermont Dr.,   Fort Collins, CO 80525-2913
20401725   +Weltman, Weinberg & Reis Co., L.P.A.,   2155 Butterfield Dr., Suite 200-S,   Troy, MI 48084-3463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +E-mail/Text: kjinlimtrustee@comcast.net Sep 02 2011 00:12:36      K. Jin Lim,   176 S. Harvey,
            Suite 1,   Plymouth, MI 48170-1616
20401714    EDI: GMACFS.COM Sep 02 2011 00:08:00      Nuvell,   5700 Crooks Rd., Ste. 301,   Troy, MI 48098
20401678    EDI: AFNIRECOVERY.COM Sep 02 2011 00:08:00      Afni, Inc.,   404 Brock Drive,   P.O. Box 3427,
            Bloomington, IL 61702-3427
20401679   +EDI: ALLIANCEONE.COM Sep 02 2011 00:08:00      Alliance One Receivables Management,
            4850 Street Rd., Suite 300,   Trevose, PA 19053-6643
20401682    EDI: ACCE.COM Sep 02 2011 00:08:00      Asset Acceptance Corp.,   P.O. Box 2036,
            Warren, MI 48090-2036
20401685    EDI: CAPITALONE.COM Sep 02 2011 00:08:00      Capital One,   PO Box 85520,   Richmond, VA 23285
20401686    EDI: CAPITALONE.COM Sep 02 2011 00:08:00      Capital One Bank,   P.O. Box 30281,
            Salt Lake City, UT 84130-0281
20401687   +EDI: CHECKNGO.COM Sep 02 2011 00:08:00      Check n Go,   29702 Southfield Rd., Suite 121,
            Southfield, MI 48076-2096
20401688   +EDI: RCSFNBMARIN.COM Sep 02 2011 00:08:00      Credit One Bank,   P.O. Box 98875,
            Las Vegas, NV 89193-8875
20401689   +EDI: CREDPROT.COM Sep 02 2011 00:08:00      Credit Protection Association, L.P.,   13355 Noel Rd.,
            Dallas, TX 75240-6837
20401690   +EDI: CREDPROT.COM Sep 02 2011 00:08:00      Credit Protection Association, L.P.,
            13355 Noel Rd., Ste 2100,   Dallas, TX 75240-6837
20401691    EDI: DISCOVER.COM Sep 02 2011 00:08:00      Discover Card,   P.O. Box 15192,
            Wilmington, DE 19850-5192
20401696    EDI: DTEE.COM Sep 02 2011 00:08:00      DTE Energy Bankruptcy Dept.,   PO Box 441765,
            Detroit MI 48244-1765
20401700    EDI: RMSC.COM Sep 02 2011 00:08:00      GE Money Bank,   P.O. Box 981127,
            El Paso, TX 79998-1127
20401701    E-mail/Text: lsteiner@genisyscu.org Sep 02 2011 00:13:29      Genisys Credit Union,
            44400 Woodward Ave.,   Pontiac, MI 48341
20401702   +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Sep 02 2011 00:13:44      GLA Collection Co. Inc.,
            2630 Gleeson Ln.,   Louisville, KY 40299-1772
20401703   +EDI: HFC.COM Sep 02 2011 00:08:00      HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
20401706   +EDI: RMSC.COM Sep 02 2011 00:08:00      JC Penney,   P.O. Box 981131,   El Paso, TX 79998-1131
20401708    E-mail/Text: lisa@ljross.com Sep 02 2011 00:14:26      LJ Ross Associates,   P.O. Box 1838,
            Ann Arbor, MI 48106-1838
20401715    EDI: RMSC.COM Sep 02 2011 00:08:00      Orchard Bank Bankcard Svcs,   PO Box 80084,
            Salinas, CA  93912-0084
20401720    EDI: PRA.COM Sep 02 2011 00:08:00      Portfolio Recovery Associates,   Riverside Commerce Center,
            120 Corporate Blvd. Ste 1,   Norfolk, VA 23502-4962
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20401719      +EDI: PRA.COM Sep 02 2011 00:08:00     Portfolio Recovery & Affiliates,
               120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502-4962
                                                                                      TOTAL: 22

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2011**                    **Signature:** _Joseph Speetjens_