Form reassign

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **11−63294−wsd**
Chapter: 7

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Steven J. Habib | Paula A. Habib |
| 28675 Franklin, Apt 404 | 28675 Franklin, Apt 404 |
| Southfield, MI 48034 | Southfield, MI 48034 |

Social Security No.:
 xxx−xx−8193         xxx−xx−1566

Employer's Tax I.D. No.:

## ORDER OF REASSIGNMENT

It appearing from the Court's records for the above entitled case that this case has been assigned to Judge Thomas J. Tucker and it further appearing that the debtor has a companion case as defined in L.B.R. 1073−1(b) filed with this Court on July 14, 1994 assigned to Judge **Walter Shapero** , and it being the practice of this Court, pursuant to L.B.R. 1073−1 (a)(1)(E.D.M.), to reassign all subsequently filed cases to the Judge to whom the first case is assigned, **NOW THEREFORE**

**IT IS ORDERED** that the above entitled case be removed from the docket of Judge Thomas J. Tucker and transferred to the docket of Judge Walter Shapero.Detroit .

| | |
|---|---|
| BY THE COURT | BY THE COURT |
| /s/ Thomas J. Tucker | /s/ Walter Shapero |
| Thomas J. Tucker | Walter Shapero |
| United States Bankruptcy Judge | United States Bankruptcy Judge |

Dated: 9/1/11

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                          Case No. 11-63294-wsd
Steven J. Habib                                                 Chapter 7
Paula A. Habib
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0645-2        User: kmidd              Page 1 of 2                  Date Rcvd: Sep 01, 2011
                            Form ID: reassign        Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2011.
db/jdb       +Steven J. Habib,    Paula A. Habib,    28675 Franklin, Apt 404,    Southfield, MI 48034-1604
20401677     +21st Century Insurance,    3 Beaver Valley Rd.,    Wilmington, DE 19803-1115
20401714    ++ALLY FINANCIAL,    ROSEVILLE BANKRUPTCY CENTER,    2740 ARTHUR STREET,    ROSEVILLE MN 55113-1303
              (address filed with court: Nuvell,     5700 Crooks Rd., Ste. 301,    Troy, MI 48098)
20401680     +AMCOL Systems,    P.O. Box 21625,    Columbia, SC 29221-1625
20401681     +American Credit Assoc.,    33060 Northwestern Hwy S,    W. Bloomfield, MI 48322-3695
20401683     +Best Bank,    31145 Harper Ave.,    St. Claire Shores, MI 48082-1951
20401684     +Business Revenue System,    2419 Spy Run Ave., Ste. A,    Fort Wayne, IN 46805-3250
20401685    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     PO Box 85520,    Richmond, VA 23285)
20401686      Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
20401687     +Check n Go,    29702 Southfield Rd., Suite 121,    Southfield, MI 48076-2096
20401688     +Credit One Bank,    P.O. Box 98875,    Las Vegas, NV 89193-8875
20401689     +Credit Protection Association, L.P.,     13355 Noel Rd.,    Dallas, TX 75240-6837
20401690     +Credit Protection Association, L.P.,     13355 Noel Rd., Ste 2100,    Dallas, TX 75240-6837
20401692     +Dr. James Golden,    42450 W. 12 Mile Rd., Ste. 105,    Novi, MI 48377-3011
20401693     +Dr. James Labes,    28555 Orchard Lake Rd.,    Farmington Hills, MI 48334-2973
20401694     +Dr. Lawrence L. MacDonald, MD,    44000 W. 12 Mile Rd., Ste. 113,    Novi, MI 48377-2647
20401695     +Dr. Rachel Davis DDS,    501 S. Preston St., #334,    Louisville, KY 40202-1701
20401697     +EBay, Inc. Headquarters,    Whitman Campus,    2065 Hamilton Ave.,    San Jose, CA 95125-5904
20401699     +EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
20401698     +Enhanced Recovery Corporation,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
20401703     +HSBC,   PO Box 5253,    Carol Stream, IL 60197-5253
20401704     +IC Systems, Inc.,    PO Box 64378,    St. Paul, MN 55164-0378
20401705      Insight Communications,    4701 Commerce Crossings,    Louisville, KY 40229-2167
20401707     +JJ Marshall & Associates,    6060 Collection Drive,    Shelby Twp., MI 48316-4946
20401712    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO Financial,     PO Box 13570,    Philadelphia, PA 19101)
20401709     +Medical Business Bureau,    1460 Renaissance Dr.,    Park Ridge, IL 60068-1349
20401710     +Medical Data Systems I,    1374 S. Babcock St.,    Melbourne, FL 32901-3009
20401711     +Mister Money,    4918 Preston,    Louisville, KY 40213-2218
20401713     +Neil Talon MD,    30400 Telegraph #324,    Bingham Farms, MI 48025-4540
20401715      Orchard Bank Bankcard Svcs,    PO Box 80084,    Salinas, CA 93912-0084
20401718     +PNC Bank,    500 W. Jefferson St.,    Louisville, KY 40202-2863
20401720    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,     Riverside Commerce Center,
               120 Corporate Blvd. Ste. 1,    Norfolk, VA 23502-4962)
20401716      Parkview Psychiatric Services,    510 Spring St.,    Jeffersonville, IN 47130-3554
20401717     +Payday One,    PO Box 101808,    Fort North, TX 76185-1808
20401719     +Portfolio Recovery & Affiliates,    120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502-4962
20401721      Professional Placement Services LLC,    PO Box 612,    Milwaukee, WI 53201-0612
20401722      St. John Hospital and Medical Ctr.,    P.O. Box 36669,    Detroit, MI 48236-0669
20401723     +The Franklin,    28675 Franklin Rd.,    Southfield, MI 48034-1671
20401724     +US Recovery Services,    2057 Vermont Dr.,    Fort Collins, CO 80525-2913
20401725     +Weltman, Weinberg & Reis Co., L.P.A.,     2155 Butterfield Dr., Suite 200-S,    Troy, MI 48084-3463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20401678      E-mail/PDF: recoverybankruptcy@afninet.com Sep 02 2011 02:53:28      Afni, Inc.,    404 Brock Drive,
               P.O. Box 3427,    Bloomington, IL 61702-3427
20401679     +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 02 2011 00:13:58
               Alliance One Receivables Management,    4850 Street Rd., Suite 300,    Trevose, PA 19053-6643
20401682      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 02 2011 00:12:37       Asset Acceptance Corp.,
               P.O. Box 2036,    Warren, MI 48090-2036
20401691      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2011 02:54:36      Discover Card,
               P.O. Box 15192,    Wilmington, DE 19850-5192
20401696      E-mail/Text: brupt1@dteenergy.com Sep 02 2011 00:12:46      DTE Energy Bankruptcy Dept.,
               PO Box 441765,    Detroit MI 48244-1765
20401700      E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2011 02:56:24      GE Money Bank,    P.O. Box 981127,
               El Paso, TX 79998-1127
20401701      E-mail/Text: lsteiner@genisyscu.org Sep 02 2011 00:13:29      Genisys Credit Union,
               44400 Woodward Ave.,    Pontiac, MI 48341
20401702     +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Sep 02 2011 00:13:44      GLA Collection Co. Inc.,
               2630 Gleeson Ln.,    Louisville, KY 40299-1772
20401706      E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2011 06:37:32      JC Penney,    P.O. Box 981131,
               El Paso, TX 79998-1131
20401708      E-mail/Text: lisa@ljross.com Sep 02 2011 00:14:26      LJ Ross Associates,    P.O. Box 1838,
               Ann Arbor, MI 48106-1838
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 03, 2011**                          **Signature:**   *Joseph Speetjens*