**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 7 Bankruptcy |
| | Bankruptcy No. 11-63294 |
| Steven J. Habib | Judge Thomas J. Tucker |
| Paula A. Habib | |
| Debtor(s) | |
| _____/ | |

**CERTIFICATE OF COMPLIANCE WITH LBR 1007-1(f)**

In accordance with the provisions of LBR 1007-1(i), the undersigned hereby certifies that copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition by the debtor from any employer of the debtor has been furnished to the Trustee.

Respectfully submitted

 /s/ Kelly Siwarski_____
Assistant to Patrick M. Anthony P61344
UAW-Ford Legal Services Plan
5220 Oakman Blvd.
Dearborn, MI 48126
313-943-5300
patrickan@uawlsp.com