211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 11−63294−wsd
Chapter: 7

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Steven J. Habib | Paula A. Habib |
| 28675 Franklin, Apt 404 | 28675 Franklin, Apt 404 |
| Southfield, MI 48034 | Southfield, MI 48034 |

Social Security No.:
  xxx−xx−8193                                  xxx−xx−1566

Employer's Tax I.D. No.:

## ORDER DIRECTING THE FILING OF OFFICIAL FORM(S)

On 8/31/11 , the above named debtor(s) filed a voluntary petition for relief under Title 11 United States Code. This Court is advised that the debtor(s) has failed to file the official bankruptcy forms pursuant to F.R. Bankr. P. 9009. The following documents were not submitted in proper form as mandated by the Judicial Conference of the United States:

☐ Official Form 1 Voluntary Petition (Revised on 04/10)

☐ Official Form B3A Application to Pay Filing Fee in Installments (12/07)

☐ Official Form B3B Application for Waiver of Chapter 7 Filing Fee (Revised on 12/07)

☐ Official Form B6 Summary of Schedules and Statistical Summary (Revised on 12/07)

☐ Official Forms Schedules A−J (Revised on 12/07)

☐ Official Form B6A Schedule A (Revised on 12/07)

☐ Official Form B6B Schedule B (Revised on 12/07)

☐ Official Form B6C Schedule C (Revised on 04/10)

☐ Official Form B6D Schedule D (Revised on 12/07)

☐ Official Form B6E Schedule E (Revised on 04/10)

☐ Official Form B6F Schedule F (Revised on 12/07)

☐ Official Form B6G Schedule G (Revised on 12/07)

☐ Official Form B6H Schedule H (Revised on 12/07)

☐ Official Form B6I Schedule I (Revised on 12/07)

☐ Official Form B6J Schedule J (Revised on 12/07)

☐ Official Form B6 Declaration Concerning Debtor's Schedules (Revised on 12/07)

☐ Official Form B7 Statement of Financial Affairs (Revised on 04/10)

☐ Official Form B8 Individual Debtor's Statement of Intention (Revised on 12/08)

☐ Official Form B22A Statement of Current Monthly Income and Disposable Income Calculation (Chapter 7)(Revised on 12/10)

☐ Official Form B22C Statement of Current Monthly Income and Disposable Income Calculation (Chapter 13)(Revised on12/10)

☑ Official Form B23 Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Revised on 12/10)

**IT IS ORDERED THAT** the above named debtor(s) file an amended document, on the official bankruptcy form, no later than fourteen (14) days from the date of the entry of this order.

**IT IS FURTHER ORDERED THAT** if the debtor(s) fails to timely file the amended document, the pleading may be stricken or this case may be dismissed without a hearing.

Dated: 10/7/11

                                          BY THE COURT

                                          <u>/s/ Walter Shapero</u>
                                          Walter Shapero
                                          United States Bankruptcy Judge

```
                           United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                      Case No. 11-63294-wsd
Steven J. Habib                                             Chapter 7
Paula A. Habib
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: sraki              Page 1 of 1              Date Rcvd: Oct 07, 2011
                              Form ID: odirform        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2011.
db/jdb      +Steven J. Habib,   Paula A. Habib,   28675 Franklin, Apt 404,   Southfield, MI 48034-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2011**                  **Signature:** _/s/ Joseph Speetjens_