# United States Bankruptcy Court

## Eastern District of Michigan

**Case No. <u>11–63294–wsd</u>**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven J. Habib | Paula A. Habib |
| 28675 Franklin, Apt 404 | 28675 Franklin, Apt 404 |
| Southfield, MI 48034 | Southfield, MI 48034 |

Social Security / Individual Taxpayer ID No.:

xxx–xx–8193                    xxx–xx–1566

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>12/6/11</u>                    <u>Walter Shapero.Detroit</u>
                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                          Case No. 11-63294-wsd
Steven J. Habib                                                 Chapter 7
Paula A. Habib
        Debtors

## CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2011.
```
db/jdb      +Steven J. Habib,   Paula A. Habib,   28675 Franklin, Apt 404,   Southfield, MI 48034-1604
20401677    +21st Century Insurance,   3 Beaver Valley Rd.,   Wilmington, DE 19803-1115
20401680    +AMCOL Systems,   P.O. Box 21625,   Columbia, SC 29221-1625
20401681    #+American Credit Assoc.,   33060 Northwestern Hwy S,   W. Bloomfield, MI 48322-3695
20401683    +Best Bank,   31145 Harper Ave.,   St. Claire Shores, MI 48082-1951
20401684    +Business Revenue System,   2419 Spy Run Ave., Ste. A,   Fort Wayne, IN 46805-3250
20401687    +Check n Go,   29702 Southfield Rd., Suite 121,   Southfield, MI 48076-2096
20401692    +Dr. James Golden,   42450 W. 12 Mile Rd., Ste. 105,   Novi, MI 48377-3011
20401693    +Dr. James Labes,   28555 Orchard Lake Rd.,   Farmington Hills, MI 48334-2973
20401694    +Dr. Lawrence L. MacDonald, MD,   44000 W. 12 Mile Rd., Ste. 113,   Novi, MI 48377-2647
20401695    +Dr. Rachel Davis DDS,   501 S. Preston St., #334,   Louisville, KY 40202-1701
20401697    +EBay, Inc. Headquarters,   Whitman Campus,   2065 Hamilton Ave.,   San Jose, CA 95125-5904
20401699    +EOS CCA,   700 Longwater Dr.,   Norwell, MA 02061-1624
20401704    +IC Systems, Inc.,   PO Box 64378,   St. Paul, MN 55164-0378
20401705     Insight Communications,   4701 Commerce Crossings,   Louisville, KY 40229-2167
20401707     JJ Marshall & Associates,   6060 Collection Drive,   Shelby Twp., MI  48316-4946
20401712    ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: NCO Financial,   PO Box 13570,   Philadelphia, PA 19101)
20401709    +Medical Business Bureau,   1460 Renaissance Dr.,   Park Ridge, IL 60068-1349
20401710    +Medical Data Systems I,   1374 S. Babcock St.,   Melbourne, FL 32901-3009
20401711    +Mister Money,   4918 Preston,   Louisville, KY 40213-2218
20401713    +Neil Talon MD,   30400 Telegraph #324,   Bingham Farms, MI 48025-4540
20401718    +PNC Bank,   500 W. Jefferson St.,   Louisville, KY 40202-2863
20401716     Parkview Psychiatric Services,   510 Spring St.,   Jeffersonville, IN 47130-3554
20401721     Professional Placement Services LLC,   PO Box 612,   Milwaukee, WI 53201-0612
20401722     St. John Hospital and Medical Ctr.,   P.O. Box 36669,   Detroit, MI  48236-0669
20401723    +The Franklin,   28675 Franklin Rd.,   Southfield, MI 48034-1671
20401724    +US Recovery Services,   2057 Vermont Dr.,   Fort Collins, CO 80525-2913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20401714     EDI: GMACFS.COM Dec 06 2011 23:48:00   Nuvell,   5700 Crooks Rd., Ste. 301,   Troy, MI 48098
20401678     EDI: AFNIRECOVERY.COM Dec 06 2011 23:48:00   Afni, Inc.,   404 Brock Drive,   P.O. Box 3427,
              Bloomington, IL  61702-3427
20401682    +EDI: ALLIANCEONE.COM Dec 06 2011 23:48:00   Alliance One Receivables Management,
              4850 Street Rd., Suite 300,   Trevose, PA 19053-6643
20401682     EDI: ACCE.COM Dec 06 2011 23:48:00   Asset Acceptance Corp.,   P.O. Box 2036,
              Warren, MI  48090-2036
20401685     EDI: CAPITALONE.COM Dec 06 2011 23:48:00   Capital One,   PO Box 85520,   Richmond, VA 23285
20401686     EDI: CAPITALONE.COM Dec 06 2011 23:48:00   Capital One Bank,   P.O. Box 30281,
              Salt Lake City, UT 84130-0281
20401687    +EDI: CHECKNGO.COM Dec 06 2011 23:48:00   Check n Go,   29702 Southfield Rd., Suite 121,
              Southfield, MI 48076-2096
20401688    +EDI: RCSFNBMARIN.COM Dec 06 2011 23:48:00   Credit One Bank,   P.O. Box 98875,
              Las Vegas, NV 89193-8875
20401689    +EDI: CREDPROT.COM Dec 06 2011 23:48:00   Credit Protection Association, L.P.,   13355 Noel Rd.,
              Dallas, TX 75240-6837
20401690    +EDI: CREDPROT.COM Dec 06 2011 23:48:00   Credit Protection Association, L.P.,
              13355 Noel Rd., Ste 2100,   Dallas, TX 75240-6837
20401691     EDI: DISCOVER.COM Dec 06 2011 23:48:00   Discover Card,   P.O. Box 15192,
              Wilmington, DE  19850-5192
20401696     EDI: DTEE.COM Dec 06 2011 23:48:00   DTE Energy Bankruptcy Dept.,   PO Box 441765,
              Detroit MI  48244-1765
20401698    +E-mail/Text: bknotice@erccollections.com Dec 06 2011 23:57:56   Enhanced Recovery Corporation,
              8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
20401700     EDI: RMSC.COM Dec 06 2011 23:48:00   GE Money Bank,   P.O. Box 981127,
              El Paso, TX  79998-1127
20401701     E-mail/Text: lsteiner@genisyscu.org Dec 06 2011 23:57:01   Genisys Credit Union,
              44400 Woodward Ave.,   Pontiac, MI 48341
20401702    +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Dec 06 2011 23:57:07   GLA Collection Co. Inc.,
              2630 Gleeson Ln.,   Louisville, KY 40299-1772
20401703    +EDI: HFC.COM Dec 06 2011 23:48:00   HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
20401704    +EDI: ICSYSTEM.COM Dec 06 2011 23:48:00   IC Systems, Inc.,   PO Box 64378,
              St. Paul, MN 55164-0378
20401706    +EDI: RMSC.COM Dec 06 2011 23:48:00   JC Penney,   P.O. Box 981131,   El Paso, TX 79998-1131
20401708     E-mail/Text: lisa@ljross.com Dec 06 2011 23:57:38   LJ Ross Associates,   P.O. Box 1838,
              Ann Arbor, MI 48106-1838
20401715     EDI: HFC.COM Dec 06 2011 23:48:00   Orchard Bank Bankcard Svcs,   PO Box 80084,
              Salinas, CA  93912-0084
20401720     EDI: PRA.COM Dec 06 2011 23:48:00   Portfolio Recovery Associates,   Riverside Commerce Center,
              120 Corporate Blvd. Ste. 1,   Norfolk, VA 23502-4962
20401717    +E-mail/Text: bankruptcy@thinkcash.com Dec 06 2011 23:57:13   Payday One,   PO Box 101808,
              Fort North, TX 76185-1808
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20401719      +EDI: PRA.COM Dec 06 2011 23:48:00      Portfolio Recovery & Affiliates,
               120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502-4962
20401725      +E-mail/Text: BKRMailOps@weltman.com Dec 06 2011 23:57:57      Weltman, Weinberg & Reis Co., L.P.A.,
               2155 Butterfield Dr., Suite 200-S,   Troy, MI 48084-3463
                                                                              TOTAL: 25

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011**              **Signature:**   _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2011 at the address(es) listed below:
          K. Jin Lim   kjinlimtrustee@comcast.net,  MI13@ecfcbis.com
          Patrick Anthony   on behalf of Debtor Steven Habib Patrickan@uawlsp.com
                                                                                    TOTAL: 2